# M<small>C</small>E<small>LROY</small>, D<small>EUTSCH</small>, M<small>ULVANEY</small> & C<small>ARPENTER</small>, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

STEPHANIE LOPEZ
Direct dial: (973) 425-4220
slopez@mdmc-law.com

June 2, 2020

**VIA ECF**
Honorable Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> RE:  *Churchill Downs, Inc. v. NLR Ventures LLC and Nicholas L. Ribis, Sr.*
> Civil Action No.2:14-cv-03342
> MDMC File No. R0292-1284

Dear Judge McNulty:

This firm represents defendants, NLR Ventures LLC and Nicholas L. Ribis, Sr. (collectively, "Defendants"), in connection with the above-referenced matter. Yesterday, June 1, 2020, Defendants filed their opposition to the Motion for Partial Summary Judgment filed by plaintiff, Churchill Downs, Inc. (ECF No. 114). After receiving the ECF confirmation, it was then realized that we inadvertently filed an incomplete table of authorities (ECF No. 114-1) and Exhibit J was not included (ECF No. 114-13). To remedy this, we enclose the same brief, but with a completed table of authorities, as well as the missing Exhibit J.

In light of the foregoing, we respectfully request a Clerk's Quality Control Message concerning the docketing errors following the filing of this submission.

We thank the Court for its attention to this matter.

Respectfully submitted,

M<small>C</small>E<small>LROY</small>, D<small>EUTSCH</small>, M<small>ULVANEY</small> & C<small>ARPENTER</small>, LLP

s/ *Stephanie Lopez*
Stephanie Lopez

Encls.
cc:   All Counsel of Record (via ECF)