# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCHILL DOWNS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>NICHOLAS L. RIBIS, SR. and NLR VENTURES, LLC,<br><br>       Defendants. | Civil Case No.: 2:14-cv-03342 (KM) (MAH)<br><br>**FINAL JUDGMENT** |

## FINAL JUDGMENT
## AGAINST NICHOLAS L. RIBIS, SR.

WHEREAS, by Opinion and Order dated November 9, 2020, this Court granted the Motion for Partial Summary Judgment of Plaintiff Churchill Downs, Inc. ("CDI") for judgment in its favor and against Defendant Nicholas L. Ribis, Sr. on Count I of CDI's Amended Complaint (Dkt. Nos. 117, 118); and

WHEREAS, CDI and Defendants Nicholas L. Ribis, Sr. and NLR Ventures, LLC, have jointly stipulated to dismiss the remaining Counts II, III, and IV of the Amended Complaint, such that all claims as to all parties in this proceeding have now been disposed (Dkt. No. 120);

**NOW, THEREFORE,** it is this 16th day of February 2021, **HEREBY ORDERED AND ADJUDGED** that:

1.     CDI is entitled to recover from Nicholas L. Ribis, Sr. the amount of $2,676,763.70, which represents the amount of damages and pre-judgment interest

awarded by the Court in the original Final Judgment entered on April 4, 2017 against NLR Entertainment, LLC (Dkt. No 76);

2. CDI is entitled to recover from Nicholas L. Ribis, Sr. an award of pre-judgment interest in the amount of $184,429.02, calculated in accordance with the applicable N.J. Court Rules at the rates of 3.5% per annum for 2019 and 4.5% per annum for 2020, and running from the date of service of the Amended Complaint upon Defendants (February 18, 2019) to the date of this Court's Opinion and Order (November 9, 2020);

3. CDI is also entitled to recover from Nicholas L. Ribis, Sr. costs in the amount of $4,014.45, which were taxed by the Clerk on June 20, 2017 in connection with the original Final Judgment (Dkt. No. 87); and

4. CDI is also entitled to recover from Nicholas L. Ribis, Sr. post-judgment interest calculated in accordance with 28 U.S.C. § 1961(a), running from the date of entry of this Final Judgment to the date that this Final Judgment is satisfied.

/s/ Kevin McNulty
_____
Hon. Kevin McNulty
United States District Judge